AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Benjamin George

CASE NUMBER: 1:20-cv-06911

V.

ASSIGNED JUDGE: Honorable Judge Blakey

City of Chicago, James Gardiner, Charles Sikanich, Chicago Police Officers Solomon Ing (#4117), Peter Palka (#9413), Daniel Smith (#20066), Bilos (#21010), Joseph Ferrara (#233), Sergio Corona (#3331), Ortiz (Star # unknown), and Unknown Chicago Police Officers

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Beth Jantz

TO: (Name and address of Defendant)

Peter Palka (#9413),
3510 S Michigan Ave, Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

First Defense Legal Aid, 601 S. California Ave, Chicago, IL 60612

The Law Offices of Elizabeth A. Homsy, 2506 N. Clark St., Suite 286, Chicago, IL 60614

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Kym Lozano*

(By) DEPUTY CLERK

November 23, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-9-20 | |
| NAME OF SERVER (PRINT) John Preston | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served C.P.D. Summons Desk 3500 S. Michigan Av, Chgo, IL 60653

**STATEMENT OF SERVICE FEES**

| TRAVEL $10 | SERVICES $20 | TOTAL $30 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-9-20
             Date

Signature of Server  John Preston

Address of Server  6001 S. California Av, Chgo, IL 60612

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.