# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Benjamin George

        Plaintiff,

v.                Case No.: 1:20−cv−06911
               Honorable John Robert Blakey

City Of Chicago, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 13, 2021:

  MINUTE entry before the Honorable John Robert Blakey: A review of the docket shows that summons has not yet been returned executed as to Defendants Gardiner and Sikanich. To allow Defendants to file a single responsive pleading (if appropriate), the Court hereby extends the deadline for all Defendants to answer: Defendants shall answer or otherwise respond to the complaint by 2/19/21. The Court will set additional case management dates in a future order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.