# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: George v. City of Chicago, et al.   Case Number: 1:20-cv-06911

An appearance is hereby filed by the undersigned as attorney for:
Sergio Corona and Solomon Ing

Attorney name (type or print): Jordan Yurchich

Firm: City of Chicago, Department of Law

Street address: 2 North LaSalle Street, Suite 420

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6307379
(See item 3 in instructions)

Telephone Number: 312.744.1625

Email Address: jordan.yurchich2@cityofchicago.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 14, 2021

Attorney signature: S/ Jordan F. Yurchich
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015