AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Benjamin George

V.

City of Chicago, James Gardiner, Charles Sikanich, Chicago Police
Officers Solomon Ing (#4117), Peter Palka (#9413), Daniel Smith
(#20066), Bilos (#21010), Joseph Ferrara (#233), Sergio Corona (#3331),
Ortiz (Star # unknown), and Unknown Chicago Police Officers

CASE NUMBER: 1:20-cv-06911

ASSIGNED JUDGE: Honorable Judge Blakey

DESIGNATED
MAGISTRATE JUDGE: Honorable Judge Jantz

TO: (Name and address of Defendant)

Charles Sikanich
City of Chicago Department of Streets and Sanitation, Division 2
4808 W. Wilson Ave
Chicago, IL 60630

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

First Defense Legal Aid, 601 S. California Ave, Chicago, IL 60612

The Law Offices of Elizabeth A. Homsy, 2506 N. Clark St., Suite 286, Chicago, IL 60614

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

December 18, 2020

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE 2/4/2021 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) Ronald Winters | TITLE private Detective |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
6049 W. ARDmore Ave. Chgo IC. 60646

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on   2/4/2021
           Date

_____
Signature of Server

53 W. Jackson #1420
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.