# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   CASE NUMBER:   20-cv-6911

Benjamin George,

                v.

City of Chicago, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sergio Corona and Solomon Ing

| |
|---|
| **NAME** (Type or print)<br>Nicholas J. Perrone |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>*/s/ Nicholas J. Perrone* |
| **FIRM**<br>City of Chicago Department of Law |
| **STREET ADDRESS**<br>2 N. LaSalle Street, Suite 420 |
| **CITY / STATE / ZIP**<br>Chicago, IL 60602 |
| **ID NUMBER** (See item 3 in instructions)<br>6322755 |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| (312) 744-1975 | Nicholas.Perrone@cityofchicago.org |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐