## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 CV 6911 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, JAMES GARDINER | ) | Judge: Honorable Robert Blakey |
| CHARLES SIKANICH, CHICAGO | ) | |
| POLICE OFFICERS SOLOMON ING, | ) | Magistrate Judge: Honorable Beth Jantz |
| PETER PALKA, DANIEL SMITH, BILOS, | ) | |
| JOSEPH FERRARA, SERGIO CORONA, | ) | |
| ORTIZ, AND UNKNOWN CHICAGO | ) | |
| POLICE OFFICERS | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTIONS

**To:**     All counsel of record

**Please take notice** that on September 8, 2022, I filed Defendants' Unopposed Motion for Entry of Qualified HIPAA and MHDDCA Protective Order and Defendants' Unopposed Motion for Entry of Agreed Confidentiality Order using the Court's electronic filing system, copies of which were previously served upon you. Based on the Court's schedule, I shall appear before the Honorable Judge Robert Blakey on September 22, 2022, at 11:00a.m. to present these motions.

Respectfully submitted,

*/s/ Gregory Beck*
Assistant Corporation Counsel Supervisor

Gregory M. Beck, Assistant Corporation Counsel Supervisor
Emily Bammel, Assistant Corporation Counsel
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 742-5146 (Phone)
gregory.beck@cityofchicago.org
**Attorneys for Palka, Smith, Thomas, and Ferraro**

### Certificate of Service

I hereby certify that I caused a true and correct copy of the above to be served on all parties via the Northern District of Illinois's electronic case filing (ECF) system on September 8, 2022

*/s/ Gregory Beck*