IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN GEORGE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-6911 |
| | ) | |
| CITY OF CHICAGO and CHICAGO POLICE | ) | Hon. Judge Blakey |
| OFFICERS   James Gardiner, Charles Sikanich, | ) | |
| Chicago Police Officers Solomon Ing (#4117), | ) | |
| Peter Palka (#9413), Daniel Smith (#20066), | ) | Hon. Mag. Judge Jantz |
| Joseph Ferrara (#233), Sergio Corona (#3331), | ) | |
| Ortiz (Star # unknown), | ) | |
| and Unknown Chicago Police Officers. | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

**TO:  ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on **November 8, 2022 at 11:00 am**, or as soon after as counsel may be heard by the Court, I shall appear before the Honorable Judge John Robert Blakey or any Judge sitting in his stead in **Courtroom 1203** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, and there present Plaintiff Benjamin George's Unopposed Motion for Leave to File Documents Under Seal.

/s/ Joseph DiCola

*One of Plaintiff's Attorneys*

Joseph DiCola (#6329608)
First Defense Legal Aid
601 S. California Avenue
Chicago, Illinois 60612
P: 708-967-3334
E: joseph@first-defense.org

1

**CERTIFICATE OF SERVICE**

    I, Joseph DiCola, an attorney, hereby certify that this Notice of Motion was filed before 11:59a.m. on Wednesday, November 2, 2022 and a copy was transmitted electronically to all counsel for Defendants.

                                                              Respectfully submitted,

                                                              /s/ Joseph DiCola
                                                           *One of Plaintiff's Attorneys*

Joseph DiCola (#6329608)
First Defense Legal Aid
601 S. California Avenue
Chicago, Illinois 60612
P: 708-967-3334
E: joseph@first-defense.org