**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BENJAMIN GEORGE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-6911 |
| | ) | |
| CITY OF CHICAGO and CHICAGO POLICE | ) | Hon. Judge Blakey |
| OFFICERS   James Gardiner, Charles Sikanich, | ) | |
| Chicago Police Officers Solomon Ing (#4117), | ) | |
| Peter Palka (#9413), Daniel Smith (#20066), | ) | Hon. Mag. Judge Jantz |
| Joseph Ferrara (#233), Sergio Corona (#3331), | ) | |
| Ortiz (Star # unknown), | ) | |
| and Unknown Chicago Police Officers. | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**NOTICE OF MOTION**

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on **November 17, 2022 at 11:00 am**, or as soon after as counsel may be heard by the Court, I shall appear before the Honorable Judge John Robert Blakey or any Judge sitting in his stead in **Courtroom 1203** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, and there present Plaintiff Benjamin George's Opposed Motion for Remote Deposition (Sealed).

/s/ Joseph DiCola

*One of Plaintiff's Attorneys*

Joseph DiCola (#6329608)
First Defense Legal Aid
601 S. California Avenue
Chicago, Illinois 60612
P: 708-967-3334
E: joseph@first-defense.org

1

**CERTIFICATE OF SERVICE**

    I, Joseph DiCola, an attorney, hereby certify that this Notice of Motion was filed before 11:59a.m. on Friday, November 4, 2022, and a copy was transmitted electronically to all counsel for Defendants.

Respectfully submitted,

/s/ Joseph DiCola
*One of Plaintiff's Attorneys*

Joseph DiCola (#6329608)
First Defense Legal Aid
601 S. California Avenue
Chicago, Illinois 60612
P: 708-967-3334
E: joseph@first-defense.org