7:05

Jim McKeag T48

Monday, August 19, 2019

**In a meeting. I will call u right after**
7:16 PM

No worries Jim. Call me when you can.
7:51 PM

Tuesday, August 20, 2019

**We called off the dogs on yr guy**
7:58 PM

I don't know what that means Jimmy. He didn't do anything.

Matter of fact why

JG 1

**Jim McKeag T48**

Tuesday, August 20, 2019

**We called off the dogs on yr guy**
7:58 PM

I don't know what that means Jimmy. He didn't do anything.
7:59 PM

Matter of fact, why was he fucked with in the first place. All over a phone?
8:11 PM

**Dont think he was ever fucked with jim**
10:23 PM

JG 2



**Officer Palka 16**

Monday, August 19, 2019

> Officer Palka 016 your superintendent told me to give you a call.
>
> 6:34 PM

Wednesday, May 5, 2021

> Alderman 18MAY at 9am we will be having a coffee with a cop at Eggspierence on Irving Park. Will you be able to attend? If yes I'll put you na the flyer thanks

JG 3

**Matt Eisenbart ...**

Monday, August 19, 2019

Just to check, are you on your way to the office for your 330?

3:36 PM

3:45 PM    Be there in r mins

Wednesday, August 21, 2019

8:10 PM    YouTube Accountability for Chicago

I didn't get the link. Is that a channel?

JG 4



Monday, August 19, 2019

**I'll call you back.** — 6:52 PM

10-4 — 6:52 PM

JG 5

---------- Forwarded message ----------
From: **Ward45** <Ward45@cityofchicago.org>
Date: Mon, Aug 19, 2019 at 1:19 PM
Subject: Fw: Thanks for stopping by our block party, Jim!
To: gardiner45th@gmail.com <gardiner45th@gmail.com>


Thank you kindly,
**45th Ward Staff**
James M Gardiner
-45th Ward-
5425 W Lawrence Ave
Chicago, IL 60630
(773) 853-0799


Click here to sign up for our weekly e-newsletter.


**From:** Merry Marwig <merry.marwig@gmail.com>
**Sent:** Saturday, August 17, 2019 9:27 PM
**To:** Ward45 <Ward45@cityofchicago.org>
**Subject:** Thanks for stopping by our block party, Jim!

Thanks for stopping by our block party. Great to talk with you, Jim!
-Merry and Javier


This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

JG 6

JG 7 is omitted from this Court filing in the interests of the privacy of an unindentified member of the public who is pictured in the image. This image was an attachment to the email visible in JG6.