UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Benjamin George
                Plaintiff,

v.                                                Case No.: 1:20−cv−06911
                                                Honorable John Robert Blakey

City Of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Defendants Gardiner and Sikanich shall respond to Plaintiff's amended motion to compel [93] by 1/20/23, and Plaintiff may file any reply by 1/27/23. The Court strikes the 1/11/23 Notice of Motion date and sets this matter for hearing on 2/1/23 at 11:00 a.m. in Courtroom 1203. The Court denies Plaintiff's initial motion to compel [92] as moot in light of the amended motion. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.