Exhibit 1 - McKeag Gardiner Text Messages

**Jim McKeag T48**

Monday, August 19, 2019

> In a meeting. I will call u right after
> 7:16 PM

No worries Jim. Call me when you can.
7:51 PM

Tuesday, August 20, 2019

> We called off the dogs on yr guy
> 7:58 PM

I don't know what that means Jimmy. He didn't do anything.

Matter of fact why

Tuesday, August 20, 2019

**We called off the dogs on yr guy**
7:58 PM

I don't know what that means Jimmy. He didn't do anything.
7:59 PM

Matter of fact, why was he fucked with in the first place. All over a phone?
8:11 PM

**Dont think he was ever fucked with jim**
10:23 PM

