UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Benjamin George

                  Plaintiff,

v.                                                      Case No.: 1:20−cv−06911
                                                      Honorable John Robert Blakey

City Of Chicago, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 9, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff's joint motion for extension of time to complete discovery [116] is granted and fact discovery shall be completed on or before 6/16/2023 and file an updated status report by 6/23/23 confirming that fact discovery is closed and indicating whether any party will require expert discovery or seek summary judgment. Motion hearing set for 5/17/2023 is stricken. All other deadlines to stand. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.