DocuSign Envelope ID: DF5815DF-07E5-446F-8031-F594604D23BF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Benjamin George, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 C 6911 |
| v. | ) | |
| | ) | Judge: Honorable Robert Blakey |
| City of Chicago, James Gardiner, Charles | ) | |
| Sikanich, Chicago Police Officers Solmon | ) | Magistrate Judge: Honorable Beth Jantz |
| Ing (#4117), Peter Palka (#9413), Daniel Smith | ) | |
| (#20066), Sergio Cornona (#3331), Ortiz (Star# | ) | |
| Unknown), and Unknown Chicago Police | ) | |
| Officers, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

DocuSign Envelope ID: DF5815DF-07E5-446F-8031-F594604D23BF

*Daniel Massoglia*
Daniel Massoglia
Attorney for the plaintiff, Benjamin George
First Defense Legal Aid
601 S. California Avenue
Chicago, IL 60612
(336) 575-6968
Attorney No. 6317393
DATE: 9-21-23

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for City of Chicago

BY: *Caroline Fronczak*
Caroline Fronczak
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817
DATE: 9/26/2023

*Gregory Beck*
Gregory Beck
Attorney for defendants, Bilos Thomas, Daniel Smith, Peter Palka, Joseph Ferraro
Assistant Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-2568
Attorney No. 6308565
DATE: 9/26/23

*Jordan Yurchich*
Jordan Yurchich
Attorney for defendants, Sergio Corona and Solomon Ing
Assistant Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-6905
Attorney No. 6307379
DATE: 9/21/23

DocuSign Envelope ID: DF5815DF-07E5-446F-8031-F594604D23BF

/s/ Thomas Delcorps Carroll
Thomas Delcorps Carroll
Attorney for Defendants, James Gardiner and Charles Sikanich
Thomas R. Raines Attorney at Law, LLC
20 N. Wacker Drive, #556
Chicago, Illinois 60606
(312) 750-1166
Attorney No. 6305594
DATE: 9/21/23